# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB,                )<br>                             )<br>       Plaintiff,           )<br>   v.                        )<br>                             )<br>MICHAEL REGAN, in his official  )<br>capacity as Administrator of the  )<br>U.S. Environmental Protection Agency,  )<br>                             )<br>       Defendant.           )<br> | Case No. 23-cv-0424<br><br>Hon. Royce C. Lamberth |

## **NOTICE OF PARTIAL COMPLIANCE WITH CONSENT DECREE**

Defendant hereby reports that a final rule titled "Federal Plan Requirements for Commercial and Industrial Solid Waste Incineration Units That Commenced Construction On or Before June 4, 2010 and Have Not Been Modified or Reconstructed Since August 7, 2013" was signed on September 16, 2024, the deadline imposed in Paragraph 5 of the Consent Decree that was entered in this case on June 18, 2024.  *See* https://www.epa.gov/system/files/documents/2024-09/san-5960_ciswi-fp_20240801_finalrule_op.adminmsr_disc.pdf (last accessed September 19, 2024) ("Signature Copy"); ECF No. 23, ¶ 5.  The signed rule is being transmitted to the Office of the Federal Register, and Defendant will promptly notify the Court and Plaintiff upon its publication.  Signature Copy, at 1.

1

                                                Respectfully Submitted,

                                                United States Department of Justice
                                                Environment & Natural Resources Division

Dated:  September 19, 2024           <u>  /s/ Heather E. Gange  </u>
                                                HEATHER E. GANGE, D.C. Bar 452615
                                                Environmental Defense Section
                                                P.O. Box 7611
                                                Washington, DC 20044
                                                Tel. 202.514.4206
                                                Fax. 202.514.8865

                                                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 19th day of September, 2024, I electronically filed the foregoing notice through the CM/ECF system which caused counsel for all Parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

               /s/ Heather E. Gange
              HEATHER E. GANGE
              United States Department of Justice
              Environment and Natural Resources
               Division
              Environmental Defense Section
              P.O. Box 7611
              Washington, DC 20044
              Tel. (202) 514-4206